UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Lisa Sue Mauer

Case No: 16-24990
Chapter: 7
Judge: John K. Sherwood

### NOTICE OF PROPOSED ABANDONMENT

Charles A. Stanziale, the Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United State Bankruptcy Court
50 Walnut Street, Newark, NJ 07102

If an objection if filed, a hearing will be held before the Honorable John K. Sherwood on December 20, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. If no objection is filed, the abandonment shall take effect on the entry by the Clerk of a Certification of No Objection

Description and value of Property:
The Debtor owns real property located at 121 Kenilworth Road, Ridgewood, NJ. The Property has a fair market value of $290,000.

Liens on Property:
PNC: $391,617.75

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

NAME:  Charles A. Stanziale, Esq.
ADDRESS:  Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102
TELEPHONE NO: (973) 622-4444

ME1 12161197v.1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-24990-JKS
Lisa Sue Maurer                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Nov 14, 2016
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
db          +Lisa Sue Maurer,    212 Kenilworth Road,    Ridgewood, NJ 07450-5209
516383969    Lanni & Restifo,    16-00 NJ 208,    Fairlawn NJ 07410
516455448   +Lanni & Restifo,    16-00 Rte 208,    Fairlawn, NJ 07410-2503
516455447   +Miesels Animal Hospital,    268 Broadway,    Elmwood Park, NJ 07407-3596
516455443   +NCB Management Service,    Pox Box 1099,    Langehorse, PA 19047-6099
516455446    NCO,    PO Box 19850-5372,    Wilmington, DE 19850-5372
516455444   +NES,    2479 Edison Blvd,    Twinsburg, Ohio 44087-2475
516455442    PNC,    Box 1820,    Dayton, Ohio 45401-1820
516323927    PNC Mortgage,    PO Box 1820,    Dayton, Ohio 45401-1820
516455445   +SRA Assoc,    401 Minnetonka Road,    Hi Nella,   NJ 08083-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2016 21:59:09     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2016 21:59:08     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516383968       Honda Financial
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
               cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Charles A. Stanziale, Jr.    cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
                                                                                             TOTAL: 4